# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| NIKEMA ADGER, ET AL., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> EXPERIAN INFORMATION SOLUTIONS, § <br> INC., § <br> § <br> Defendant. § | CIVIL ACTION NO. 4:19-CV-00599-RWS-CAN |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket No. 16), containing proposed findings of fact and recommendations that the Parties' Joint Motion to Sever and Consolidate for Discovery Purposes (Docket No. 14) be granted.

Having considered that Report and Recommendation, to which the parties have not objected, the Court **ADOPTS** the Magistrate Judge's report as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Parties' Joint Motion to Sever and Consolidate for Discovery Purposes (Docket No. 14) is **GRANTED**. It is further

**ORDERED** that the Clerk of Court shall sever Plaintiffs' claims into individual suits, each bearing a separate cause number, and to include in each cause a copy of the following: (1) Plaintiffs' original Complaint (Docket No. 1); (2) Plaintiffs' Amended Complaint (Docket No. 4); (3) Defendant's Answer (Docket No. 8); and (4) a copy of this Memorandum. The original Complaint in each new cause shall be deemed filed as of August 11, 2019, except for Plaintiff Jasmyn Roberts, whose Complaint shall be deemed filed as of August 30, 2019. It is finally

**ORDERED** that each of Plaintiffs shall file a further amended complaint within thirty (30) days of the entry of this Memorandum. Once severed, the Clerk of Court shall then consolidate the individual cases for pretrial purposes only.

**So ORDERED and SIGNED this 27th day of February, 2020.**

                                          ROBERT W. SCHROEDER III
                                        UNITED STATES DISTRICT JUDGE